IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. NICKLOW, SR, <br> Plaintiff <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, et al., <br><br> Defendants. | Civil Action No. 12-665 <br><br> Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Upon review of the facts in the above complaint, the Court finds that they are similar, if not identical, to the facts in the complaint filed at docket number 12-664. Pursuant to Local Rule 40(D), cases that involve the same issue of fact, or grow out of the same transaction qualify as related cases. Plaintiff did not indicate, when he filed these actions, that they were related; however, pursuant to Local Rule 40(E)(2) "[i]f the fact of relatedness does not become known until after the case is assigned, the Judge receiving the later case may transfer the matter to the Judge to whom the earlier case was assigned." The case of Nicklow v. LVNV Funding, LLC, Civil Action number 12-664, was assigned to Judge Mark R. Hornak.

Therefore, this 21st day of May, 2012,

**IT IS HEREBY ORDERED** that the Clerk of Court is to transfer the civil action filed at 12-665 to the Honorable Mark R. Hornak for further handling.

By the Court:

_[signature]_
LISA PUPO LENIHAN
United States Magistrate Judge

cc: All Counsel of Record
*Via Electronic Mail*