AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District Of Pennsylvania

| | | |
|---|---|---|
| Robert D. Nicklow, Sr. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 12-cv-665-MRH |
| Equifax Information Services, LLC; Experian Information Solutions, Inc. and Trans Union, LLC | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Equifax Information Services, LLC
1550 Peachtree Street, NW
Atlanta, Ga. 30309


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Pietz
Pietz Law Office
429 Forbes Ave, Suite 1616
Pittsburgh, Pa. 15219
412-288-4333


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


"ENGTM'QH'EQWTV

05/23/2012                                                                                  *Michael Lutz*

"F cvg"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""Uki pcwtg"qh"Engtm'qt 'F gr w{ 'Engtm

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-665-MRH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District Of Pennsylvania

| | |
|---|---|
| Robert D. Nicklow, Sr.<br>*Plaintiff*<br>v.<br>Equifax Information Services, LLC; Experian Information Solutions, Inc. and Trans Union, LLC<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  12-cv-665-MRH<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Experian Information Systems, Inc.
　　　　　　　　　　　　　　　　　　　701 Experian Parkway
　　　　　　　　　　　　　　　　　　　Allen, TX 75013-3713

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　James M. Pietz
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pietz Law Office
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　429 Forbes Ave, Suite 1616
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pa. 15219
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　412-288-4333

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　"ENGTM"QH"EQWTV

05/23/2012　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Michael Lutz*

'F cyg'''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''Uki pcwtg'qh"Engtm'qt 'F gr w{ 'Engtm

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-665-MRH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]   [Save As...]   [Reset]

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District Of Pennsylvania

| | | |
|---|---|---|
| Robert D. Nicklow, Sr. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.   12-cv-665-MRH |
| Equifax Information Services, LLC; Experian Information Solutions, Inc. and Trans Union, LLC | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Trans Union, LLC
　　　　　　　　　　　　　　　　　555 W. Adams
　　　　　　　　　　　　　　　　　Chicago, Ill. 60661

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Pietz
　　　　　　　　　　　　　　　　　　　　Pietz Law Office
　　　　　　　　　　　　　　　　　　　　429 Forbes Ave, Suite 1616
　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pa. 15219
　　　　　　　　　　　　　　　　　　　　412-288-4333

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　"ENGTM'QH'EQWTV

05/23/2012　　　　　　　　　　　　　　　　　　　　　　　　*Michael Lutz*
"Fcvg"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""Uki pcwtg"qh"Engtm"qt 'Fgrw{ 'Engtm

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-665-MRH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                                Reset