UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**TRANS UNION, LLC AND** )<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC. and EQUIFAX** )<br>**INFORMATION SERVICES, INC.** )<br>)<br>**Defendants.** | Civil Action No.:  12-CV-665-MRH<br><br>Electronically Filed |

**DISCLOSURE STATEMENT OF DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Experian Information Solutions Inc., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: Experian plc, a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel further certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1. Experian is a non-governmental corporate party.

2. Parent Companies:  The ultimate parent company of Experian is Experian plc.

3. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e)    Online Data Exchange LLC

    (f)    New Management Services LLC

    (g)    VantageScore Solutions LLC

    (h)    Opt-Out Services LLC

4.    Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated:  June 20, 2012                          Respectfully submitted,

                                        */s/ Kevin C. Meacham*
                                        Kevin C. Meacham (PA ID No. 208125)
                                        Jones Day
                                        One Mellon Center
                                        500 Grant Street, Suite 4500
                                        Pittsburgh, PA  15219-2502
                                        Telephone:  (412) 391-3939
                                        Fax:  (412) 394-7959
                                        Email:  kcmeacham@jonesday.com

                                        ***Counsel for Defendant***
                                        ***Experian Information Solutions, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

James M. Pietz<br>
Pietz Law Office<br>
429 Forbes Avenue, Suite 1616<br>
Pittsburgh, PA  15219<br>
Email:  jpietz@jpietzlaw.com

*Attorney for Plaintiff*

                */s/Kevin C. Meacham*
                Counsel for Defendant
                Experian Information Solutions, Inc.