IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT D. NICKLOW, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-CV-00665-LPL |
| ) | |
| **EQUIFAX INFORMATION SERVICES** ) | |
| **LLC; EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.; TRANS UNION LLC,** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Equifax Information Services LLC, submits the following corporate disclosure statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

Respectfully submitted this 22nd day of June, 2012.

                                       EQUIFAX INFORMATION SERVICES LLC

                                       /s/ *Rex F. Brien*
                                       Rex F. Brien, Esquire
                                       CHRISTIE PABARUE MORTENSEN &
                                       YOUNG, *A Professional Corporation*
                                       1880 JFK Boulevard, 10th Floor
                                       Philadelphia, PA 19103
                                       Telephone:  (215) 587-1600
                                       Facsimile:  (215) 587-1699

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record identified via transmission of Electronic Filing generated by CM/ECF.

| James Pietz, Esquire<br>Pietz Law Office<br>Allegheny Building<br>429 Forbes Ave., Suite 1616<br>Pittsburgh, PA  15219<br>Attorneys for Plaintiff | Kevin C. Meacham, Esquire<br>Jones Day<br>500 Grant Street<br>Suite 4500<br>Pittsburgh, PA 15219<br>Attorneys for Defendant<br>Experian Information Solutions, Inc. |
|---|---|

Dated:  June 22, 2012

/s/  Rex F. Brien

iManage\773420.1