## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

ROBERT D. NICKLOW, SR.,  
    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC;  
EXPERIAN INFORMATION SOLUTIONS, INC.;  
and TRANS UNION, LLC;  
    Defendants.

CASE NO. 2:12-cv-00665-MRH  
ELECTRONICALLY FILED

## ORDER ON
### MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM R. BROWN

AND NOW, this 2ᴺᴰ day of July, 2012, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of William R. Brown (the "Motion"), it is hereby ORDERED, ADJUDGED and DECREED that William R. Brown is admitted *pro hac vice* as counsel for Defendant Trans Union, LLC in this action.

JUDGE, United States District Court for the  
Western District of Pennsylvania  
(Pittsburgh)

DISTRIBUTION TO:

| | |
|---|---|
| James M. Pietz, Esq.<br>jpietz@jpietzlaw.com | Kevin C. Meacham, Esq.<br>kcmeacham@jonesday.com |
| Matthew M. Pavlovich, Esq.<br>mpavlovich@prpclaw.com | William R. Brown, Esq.<br>wbrown@schuckitlaw.com |
| Rex F. Brien, Esq.<br>rfbrien@cpmy.com | |