UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

---

| | |
|---|---|
| ROBERT D. NICKLOW, SR., <br>        Plaintiff, | CASE NO. 2:12-cv-00665-MRH <br> ELECTRONICALLY FILED |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; <br> EXPERIAN INFORMATION SOLUTIONS, INC.; <br> and TRANS UNION, LLC; <br>        Defendants. | |

---

### AFFIDAVIT OF ANDREW M. LEHMANN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

---

Andrew M. Lehmann, of full age, hereby deposes and says:

1. I am an attorney with the law firm of Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, Indiana 46077 telephone: 317-363-2400; facsimile: 317-363-2257.

2. I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for Defendant Trans Union, LLC. I have personal knowledge of the matters set forth herein.

3. I am admitted and in good standing to the State Bar of Michigan. I am also admitted to practice in the United States District Court for the Southern District of Indiana..

4. Schuckit & Associates, P.C., is associated with Pavlovich & Ruschak, P.C. for this Defendant in this lawsuit. That firm's offices are located at 304 Ross Street, Suite 500, Pittsburgh, Pennsylvania 15219. Mr. Pavlovich and his law firm are qualified to practice before this Court.

5. I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

6. I have read and understand the local rules of the United States District Court for the Western District of Pennsylvania and agree to comply with those rules.

7. I am a registered user of the Western District of Pennsylvania's electronic case filing system.

8. I respectfully request that I be admitted to practice before the United States District Court for the Western District of Pennsylvania for the purposes of participation in this action.

**I CERTIFY THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.**

_____
Andrew M. Lehmann