**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

_____

| | |
|---|---|
| ROBERT D. NICKLOW, SR., | CASE NO. 2:12-cv-00665-MRH |
| Plaintiff, | ELECTRONICALLY FILED |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC; | |
| Defendants. | |

_____

**ORDER ON**
**MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW M. LEHMANN**

_____

AND NOW, this _____ day of _____, 2012, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Andrew M. Lehmann (the "Motion"), it is hereby ORDERED, ADJUDGED and DECREED that Andrew M. Lehmann is admitted *pro hac vice* as counsel for Defendant Trans Union, LLC in this action.

_____
JUDGE, United States District Court for the
Western District of Pennsylvania
(Pittsburgh)

DISTRIBUTION TO:

| | |
|---|---|
| James M. Pietz, Esq.<br>jpietz@jpietzlaw.com | Kevin C. Meacham, Esq.<br>kcmeacham@jonesday.com |
| Matthew M. Pavlovich, Esq.<br>mpavlovich@prpclaw.com | William R. Brown, Esq.<br>wbrown@schuckitlaw.com |
| Rex F. Brien, Esq.<br>rfbrien@cpmy.com | Andrew M. Lehmann, Esq.<br>alehmann@schuckitlaw.com |