UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| ROBERT D. NICKLOW, SR., <br> Plaintiff, | CASE NO. 2:12-cv-00665-MRH <br> ELECTRONICALLY FILED |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; <br> EXPERIAN INFORMATION SOLUTIONS, INC.; <br> and TRANS UNION, LLC; <br> Defendants. | |

## ORDER ON
## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW M. LEHMANN

AND NOW, this 3RD day of July, 2012, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Andrew M. Lehmann (the "Motion"), it is hereby ORDERED, ADJUDGED and DECREED that Andrew M. Lehmann is admitted *pro hac vice* as counsel for Defendant Trans Union, LLC in this action.

JUDGE, United States District Court for the
Western District of Pennsylvania
(Pittsburgh)

DISTRIBUTION TO:

| | |
|---|---|
| James M. Pietz, Esq. <br> jpietz@jpietzlaw.com | Kevin C. Meacham, Esq. <br> kcmeacham@jonesday.com |
| Matthew M. Pavlovich, Esq. <br> mpavlovich@prpclaw.com | William R. Brown, Esq. <br> wbrown@schuckitlaw.com |
| Rex F. Brien, Esq. <br> rfbrien@cpmy.com | Andrew M. Lehmann, Esq. <br> alehmann@schuckitlaw.com |