UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

---

| | |
|---|---|
| ROBERT D. NICKLOW, SR.,<br>      Plaintiff, | CASE NO. 2:12-cv-00665-MRH<br>ELECTRONICALLY FILED |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC;<br>      Defendants. | |

---

### TRANS UNION, LLC'S DISCLOSURE STATEMENT

---

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union, LLC, in the above-captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: Trans Union Corp., which wholly owns its operating subsidiary Trans Union, LLC, is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc. is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publically traded entity.

Date:  July 5, 2012

                Respectfully submitted,


                *s/ Andrew M. Lehmann*
                William R. Brown, Esq.  (IN #26782-48)
                  (Admitted *Pro Hac Vice*)
                Andrew M. Lehmann, Esq.*  (MI #P75724)
                  (Admitted *Pro Hac Vice*)
                *Admitted in Michigan only
                Schuckit & Associates, P.C.
                4545 Northwestern Drive
                Zionsville, IN  46077
                Telephone:  (317) 363-2400
                Fax:  (317) 363-2257
                E-Mail:  wbrown@schuckitlaw.com
                            alehmann@schuckitlaw.com

                *Lead Counsel for Trans Union, LLC*


                Matthew M. Pavlovich, Esq.
                (PA #74568)
                Pavlovich & Ruschak, P.C.
                304 Ross Street, Suite 500
                Pittsburgh, PA  15219
                Telephone:  412-697-7847
                Fax:  412-697-7859
                E-Mail:  mpavlovich@prpclaw.com

                *Local Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of July, 2012**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| James M. Pietz, Esq. <br> jpietz@jpietzlaw.com | Kevin C. Meacham, Esq. <br> kcmeacham@jonesday.com |
|---|---|
| Rex F. Brien, Esq. <br> rfbrien@cpmy.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of July, 2012**, properly addressed as follows:

| None. | |
|---|---|

*s/ Andrew M. Lehmann*
William R. Brown, Esq.  (IN #26782-48)
  (Admitted *Pro Hac Vice*)
Andrew M. Lehmann, Esq.*  (MI #P75724)
  (Admitted *Pro Hac Vice*)
*Admitted in Michigan only
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com
             alehmann@schuckitlaw.com

*Lead Counsel for Trans Union, LLC*