IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR.,

       Plaintiff,                         12cv665

                                       **ELECTRONICALLY FILED**
       v.

EQUIFAX INFORMATION SERVICES,
LLC ET AL,

       Defendants.

## ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

The above case has been assigned to United States District Judge Mark R. Hornak for all further proceedings. Pursuant to Local Rule 16.1, an initial case management conference will be conducted to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, alternative dispute resolution options, and any other matters that will contribute to prompt and fair disposition of the case; and establish a date for the pretrial conference and a date for the commencement of the trial. Lead trial counsel shall attend in person. Lead trial counsel shall obtain full settlement authority prior to the conference and must be prepared to discuss settlement of the case and alternative dispute resolution options in detail. Clients and insurance carrier representatives must be available by telephone. The Conference will be held on **July 27, 2012 at 9:30 AM,** in Room 6220, 6th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

As required by Rule 26(f) of the Federal Rules of Civil Procedure the parties must, as soon as practicable, "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the

disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan[.]" See Fed.R.Civ.P. 26(f).  The "confer" meeting must occur in person, absent Leave of Court.

On or before **July 20, 2012,** and pursuant to Rule 26(f), and as required by Local Rule 16.1.1, the attorneys of record and all unrepresented parties that have appeared in this case are jointly responsible for submitting to the Court the following two (2) documents:

(a) **a written report required by Fed.R.Civ.P. 26(f), in the format set forth in Appendix LCvR 16.1 A (current form) to the Local Rule 16.1.1B**

(b) **a stipulation selecting an ADR process (pursuant to Local Rule 16.2) (current form)**

Documents (a) & (b) may be downloaded from the Court's website at www.pawd.uscourts.gov, "forms"

SO ORDERED this 5th day of July, 2012.

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge

cc:   All counsel of record