IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. NICKLOW, SR., | ) |
| | ) |
|       Plaintiff | ) |
| | ) CIVIL ACTION NO. 12-cv-665-MRH |
| v. | ) |
| | ) Hon. Judge Hornak |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC., | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. | ) |
| And TRANS UNION, LLC. | )     Electronically Filed |
| | |
|       Defendants | |

AND NOW this 12th day of July, 2012, upon review of the foregoing Motion for Admission *Pro Hac Vice* of Leonard A. Bennett, Esq., it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED**.

_____
Hornak, J.