## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR.,                    )
                                            )
    Plaintiff,                         )
                                            )
v.                                          )   Case No. 2:12-CV-00665-LPL
                                            )
EQUIFAX INFORMATION SERVICES               )
LLC; EXPERIAN INFORMATION                   )
SOLUTIONS, INC.; TRANS UNION LLC,          )
                                            )
    Defendants.                        )

## ORDER

AND NOW, this 13th day of July, 2010, it is hereby ORDERED that Keasha Ann Broussard, Esquire is admitted to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice,* for the purposes limited to the presentation of movant, Equifax Information Services LLC in the above-captioned action.

BY THE COURT:

_____

Judge for the United States District Court for the
Western District of Pennsylvania