IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. NICKLOW, SR., <br>     Plaintiff, <br><br> v. <br><br> LVNV FUNDING, LLC, <br>     Defendant. | Civil Action No. 2:12-00664 <br><br> Judge Mark R. Hornak <br><br> **LEAD CASE** |
| ROBERT D. NICKLOW, SR., <br>     Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SERVICES, LLC, and TRANS UNION, LLC, <br>     Defendants. | Civil Action No. 2:12-00665 <br><br> Judge Mark R. Hornak <br><br> **MEMBER CASE** |

## ORDER

AND NOW, this 30th day of July, 2012, the Court having held an Initial Case Management Conference, it is hereby ORDERED that the above-captioned cases are consolidated for all pretrial proceedings and that the parties shall abide by the following:

Civil Action Number 2:12-cv-00664 and Civil Action Number 2:12-cv-00665 are hereby consolidated at Civil Action Number 2:12-cv-00664.  From the date of this Order forward, the parties shall file consolidated papers on the Court's ECF system at Civil Action Number 2:12-cv-00664.

The pretrial deadlines in these consolidated matters are set forth in more detail in the Court's Initial Case Management Order.

*s/ Mark. R. Hornak*
Mark R. Hornak
United States District Judge