-2-

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____
Keasha A. Broussard, Esquire
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5172
E-mail:  abroussard@kslaw.com

*Counsel for Equifax Information Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNYSLVANIA

ROBERT D. NICKLOW, SR.,

        Plaintiff

v.                                              CIVIL ACTION NO. 2:12-cv-0665-MRH

EQUIFAX INFORMATION
SERVICES, LLC., et al

        Defendants

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **ROBERT D. NICKLOW, SR.**, and the Defendant **EQUIFAX INFORMATION SERVICES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *Equifax Information Services, LLC.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, Equifax Information Services, LLC* , is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 26th day of September, 2012.

_____
JUDGE