IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT D. NICKLOW, SR., )
)
)
)
)
       Plaintiff(s) )  2:12-cv-00665
v. )  Civil Action No.
EQUIFAX INFORMATION SERVICES, LLC., EXPERIAN )
INFORMATION SOLUTIONS, INC. AND TRANS )
UNION, LLC., )
)
       Defendant(s) )

## REPORT OF NEUTRAL

A __mediation__ session was held in the above captioned matter on __September 27, 2012__.

The case (please check one):
    __X__ has resolved
    ____ has resolved in part (see below)
    ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: __September 28, 2012__

                                                  Signature of Neutral

Rev. 09/11